UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION

In re:               Chapter 13
TANYA DENISE ANDERSON

            Case No. 10-14236 NWW

    Debtor(s)

---

**NOTICE TO MORTGAGEE OF FINAL PAYMENT**

---

In accordance with the Debtor(s)' confirmed plan, all amounts due to be paid to the mortgage creditor listed below have been paid. Our last payment to the mortgage creditor was the month of 7/2015. This final payment may still be in transit. It will be the Debtor(s)' responsibility to resume direct payments to the mortgage creditor beginning with 8/2015. Therefore, the Trustee considers the Debtor(s)' mortgage current. Accordingly, the Trustee is preparing to close this case in order to issue the Chapter 13 Standing Trustee's Final Report and Account.

Within 21 days after service of this Notice, the mortgage creditor shall file and serve on the Debtor(s), Debtor(s)' counsel, and the Chapter 13 Standing Trustee a statement indicating (1) whether it agrees that the Debtor(s) have paid in full the amount required to cure the default on the claim, and (2) whether the Debtor(s) are otherwise current on all payments consistent with 11 U.S.C. §1322(b)(5). This statement shall itemize the required cure or post-petition amounts, if any, that the mortgage creditor contends remains unpaid as of the date of the statement. This statement shall be filed as a supplement to the mortgage creditor's proof of claim and is not subject to Rule 3001(f).

Mortgage Creditor / Court Claim No. 002:
KONDAUR CAPITAL CORPORATION
Acct# - 2147

Property Address: 1527 Pinoak Drive

CERTIFICATE OF SERVICE

   The Chapter 13 Trustee hereby certifies that a true and exact copy of the same has been serviced by electronic mail and/or by first class United States mail postage prepaid for the following on 07/24/2015:

TANYA DENISE ANDERSON
1527 PIN OAK DRIVE
CHATTANOOGA, TN 37411

SANDRA YORK BENTON ATTORNEY
PO BOX 1236
HIXSON, TN 37343-1236

KONDAUR CAPITAL CORPORATION
PO BOX 1449
ORANGE, CA 92856-1449
Acct# - 2147

Kondaur Capital Corp
333 Soth Anita Drive
Suite 400
Orange, CA 92868

Prober & Raphael
20750 Ventura Blvd
Suite 100
Woodland HIlls California 91364

        /s/ Tara Lee
        Chapter 13 Office Clerk
        Kara L. West
        Chapter 13 Trustee
        P.O. Box 511
        Chattanooga, TN 37401
        (423) 265-2261